IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLETE REO HART,

       Plaintiff,                       No. CIV S-05-1543 DFL DAD P

       vs.

CALIFORNIA MEDICAL FACILITY
MAIL ROOM, et al.,

       Defendants.              ORDER

       Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

       On August 15, 2005, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed untimely objections to the findings and recommendations.

       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis. Plaintiff concedes that this action is duplicative of an earlier filed case.

1

1   Accordingly, IT IS HEREBY ORDERED that:

2   1. The findings and recommendations filed August 15, 2005, are adopted in full; and

4   2. This action is dismissed without prejudice as duplicative of previously filed cases that are still pending.

DATED: 11/11/2005

_____
DAVID F. LEVI
United States District Judge